# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05-CV-69-DCK

| | | |
|---|---|---|
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| SCHENKEL & SCHULTZ, INC., formerly known as, SCHENKEL & SCHULTZ ARCHITECTS, P.A., | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** regarding the status of this case. There are currently two motions pending: Defendant's "Motion To Vacate Judgment Pursuant To Rule 60(b)" (Document No. 25) and Defendant's "Motion to Compel" (Document No. 27). The Court is also aware that the related case of Schenkel & Schultz v. Hermon F. Fox & Associates, P.C., is currently pending before the North Carolina Supreme Court.

**IT IS, THEREFORE, ORDERED** that this case is **STAYED** pending a decision from the North Carolina Supreme Court in the related case.

**IT IS FURTHER ORDERED** that within fourteen (14) days of the issuance of a decision by the North Carolina Supreme Court in the related case, the parties shall each file a supplemental brief of (10) pages or less discussing their respective positions on the effect of the North Carolina Supreme Court's decision on the pending motions in this case.

**SO ORDERED**.

Signed: August 6, 2007

_____

David C. Keesler
United States Magistrate Judge